**92–803.** State v. Kingery. *Ross County*, No. 1792. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Ross County and as a

claimed appeal as of right from said court. Upon consideration of appellant's motion to stay the execution of sentence and to continue his release upon bail,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

DOUGLAS and RESNICK, JJ., dissent.